# EXHIBIT D

**Infringement of Claim 1 of U.S. Patent Number 7,088,854 by Definiens**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. A computer program product for generating special-purpose image analysis algorithms comprising: a computer usable medium having computer readable program code embodied therein, said computer readable program code configured to: | **Overview**<br><br>Thank you for using Definiens software. With this document, you will receive an overview about the product and functionality added with this release. Should you have any comment or suggestions, please do not hesitate to contact us on our support website at http://www.definiens.com/company/support or via e-mail at support@definiens.com.<br><br>**About Definiens XD**<br><br>Definiens XD is a comprehensive image analysis platform for multi-dimensional image analysis. It contains all the client and server software needed to extract intelligence from any digital image in a fully automated or semi-automated way.<br><br>http://cdn2.hubspot.net/hubfs/342949/Release_2016/RN_R2016a-Developer_C.pdf<br><br>Definiens Image Analysis software ("Infringing Product") is a computer program product for generating image analysis. |

| | |
|---|---|
| obtain at least one image having a plurality of chromatic data points; | **New and enhanced algorithms improve development of image analysis solutions**<br>• Use standard color spaces in your image analysis such as CIELab, HSV, YcbCr and more with the algorithm "Color Conversion" (Reference Book p. 200 f.)<br>• Assemble patches of images to a new training map for classifier training by using the following:<br>  • Construct a new map with dimensions different from your main map (algorithm "Create temporary map", Reference Book p. 160)<br>  • Copy selected regions from image layers to a new map (algorithm "Copy Image Layer Region", Reference Book p. 149 f.)<br>  • Add image layers from the file system to your map, e.g. containing ground truth annotation data (algorithm "Create/Modify project", Reference Book p. 226 ff.)<br>  • Apply machine learning based techniques, e.g. train a Random Forest Pixel or Object Classifiers introduced with earlier releases of Definiens XD<br><br>http://cdn2.hubspot.net/hubfs/342949/Release_2016/RN_R2016a-Developer_C.pdf<br><br>The Infringing Product takes an image. |

| | **New and enhanced algorithms improve development of image analysis solutions** |
|---|---|
| generate an evolving algorithm that partitions said plurality of chromatic data points within said at least one image into at least one entity identified in accordance with a user's judgment; and | - Use standard color spaces in your image analysis such as CIELab, HSV, YcbCr and more with the algorithm "Color Conversion" (Reference Book p. 200 f.)<br>- Assemble patches of images to a new training map for classifier training by using the following:<br>  - Construct a new map with dimensions different from your main map (algorithm "Create temporary map", Reference Book p. 160)<br>  - Copy selected regions from image layers to a new map (algorithm "Copy Image Layer Region", Reference Book p. 149 f.)<br>  - Add image layers from the file system to your map, e.g. containing ground truth annotation data (algorithm "Create/Modify project", Reference Book p. 226 ff.)<br>  - Apply machine learning based techniques, e.g. train a Random Forest Pixel or Object Classifiers introduced with earlier releases of Definiens XD<br><br>http://cdn2.hubspot.net/hubfs/342949/Release_2016/RN_R2016a-Developer_C.pdf<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

| | |
|---|---|
| store a first instance of said evolving algorithm as a product algorithm wherein said product algorithm enables the automatic classification of instances of said at least one entity within at least one second image in accordance with said judgment of said user. | |
| | • Compute advanced shape features such as object concavity to described identified image objects (Object Feature "Fractional Concavity", Reference Book p. 330 ff.) Book p. 283 f.) <br><br>• Reutilize trained classifiers in other projects by saving and loading classifier configuration from the file system (algorithm "Export/Import String", Reference <br><br>http://cdn2.hubspot.net/hubfs/342949/Release_2016/RN_R2016a-Developer_C.pdf <br><br>The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional images. |

Page **4** of **4**