# EXHIBIT E

**Infringement of Claim 1 of U.S. Patent Number 7,254,266 by Definiens**

| CLAIM LANGUAGE | Infringing Application |
|---|---|
| 1. In a computer system, a method for automating the expert quantification of image data using a product algorithm comprising: | **Overview**<br><br>Thank you for using Definiens software. With this document, you will receive an overview about the product and functionality added with this release. Should you have any comment or suggestions, please do not hesitate to contact us on our support website at http://www.definiens.com/company/support or via e-mail at support@definiens.com.<br><br>**About Definiens XD**<br><br>Definiens XD is a comprehensive image analysis platform for multi-dimensional image analysis. It contains all the client and server software needed to extract intelligence from any digital image in a fully automated or semi-automated way.<br><br>http://cdn2.hubspot.net/hubfs/342949/Release_2016/RN_R2016a-Developer_C.pdf<br><br>Definiens Image Analysis software ("Infringing Product") is a computer program product for generating image analysis. |

| | |
|---|---|
| obtaining a product algorithm for analysis of a first set of image data wherein said product algorithm is configured to recognize at least one entity within said first set of image data via a training mode that utilizes iterative input to an evolving algorithm obtained from at least one first user, wherein said training mode comprises: | **New and enhanced algorithms improve development of image analysis solutions**<br>• Use standard color spaces in your image analysis such as CIELab, HSV, YcbCr and more with the algorithm "Color Conversion" (Reference Book p. 200 f.)<br>• Assemble patches of images to a new training map for classifier training by using the following:<br>  • Construct a new map with dimensions different from your main map (algorithm "Create temporary map", Reference Book p. 160)<br>  • Copy selected regions from image layers to a new map (algorithm "Copy Image Layer Region", Reference Book p. 149 f.)<br>  • Add image layers from the file system to your map, e.g. containing ground truth annotation data (algorithm "Create/Modify project", Reference Book p. 226 ff.)<br>  • Apply machine learning based techniques, e.g. train a Random Forest Pixel or Object Classifiers introduced with earlier releases of Definiens XD<br><br>The Infringing Product generates an algorithm based on user manual annotation of objects of interest thereby training the algorithm.<br><br>http://cdn2.hubspot.net/hubfs/342949/Release_2016/RN_R2016a-Developer_C.pdf |

| | |
|---|---|
| presenting a first set of said at least one entity to said user for feedback as to the accuracy of said first set of identified entities;<br><br>obtaining said feedback from said user;<br><br>executing said evolving algorithm using said feedback; | **New and enhanced algorithms improve development of image analysis solutions**<br>• Use standard color spaces in your image analysis such as CIELab, HSV, YcbCr and more with the algorithm "Color Conversion" (Reference Book p. 200 f.)<br>• Assemble patches of images to a new training map for classifier training by using the following:<br>   • Construct a new map with dimensions different from your main map (algorithm "Create temporary map", Reference Book p. 160)<br>   • Copy selected regions from image layers to a new map (algorithm "Copy Image Layer Region", Reference Book p. 149 f.)<br>   • Add image layers from the file system to your map, e.g. containing ground truth annotation data (algorithm "Create/Modify project", Reference Book p. 226 ff.)<br>• Apply machine learning based techniques, e.g. train a Random Forest Pixel or Object Classifiers introduced with earlier releases of Definiens XD<br><br>http://cdn2.hubspot.net/hubfs/342949/Release_2016/RN_R2016a-Developer_C.pdf<br><br>The Infringing Product generates and executes the algorithm based on user manual annotation of objects of interest thereby training the algorithm. |

| storing said evolving algorithm as a product algorithm; providing said product algorithm to at least one second user so that said at least one second user can apply said product algorithm against a second set of image data having said at least one entity. | • Compute advanced shape features such as object concavity to described identified image objects (Object Feature "Fractional Concavity", Reference Book p. 330 ff.) <br> • Reutillize trained classifiers in other projects by saving and loading classifier configuration from the file system (algorithm "Export/Import String", Reference Book p. 283 f.) <br><br> http://cdn2.hubspot.net/hubfs/342949/Release_2016/RN_R2016a-Developer_C.pdf <br><br> The Infringing Product stores the evolving algorithm and runs the stored algorithm on all the data to automatically classify additional images. |