# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **RONDEVOO TECHNOLOGIES, LLC,** | |
| Plaintiff, | Civil Action No. |
| v. | |
| **DEFINIENS, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Plaintiff, Rondevoo Technologies, LLC ("Rondevoo"), states that it is a limited liability company. It has a parent company, Red Dragon Innovations, LLC and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated: December 21, 2019

Respectfully submitted,

Stamoulis & Weinblatt LLC

*/s/Stamatios Stamoulis*
Stamatios Stamoulis
800 N. West Street – Third Floor
Wilmington, Delaware 19801
Phone: (302) 999-1540
Fax: (302) 762-1688
Email: stamoulis@swdelaw.com